UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAIQUAN K. FALLS,

                    Plaintiff,

            -against-

EASEL RIVERA; ANGELO YONNONE;
HUMBERTO PEREZ; MICHAEL ASHBURY.,

                    Defendants.

25 CIVIL 05996 (LLS)

**CIVIL JUDGMENT**

        For the reasons stated in the January 7, 2026, order, Court dismisses the complaint, filed

IFP under 28 U.S.C. § 1915(a)(1), for failure to state a claim on which relief may be granted, see

28 U.S.C. § 1915(e)(2)(B)(ii).

        SO ORDERED.

 Dated:    June 2, 2026

        New York, New York

                                        /s/ Louis L. Stanton
                                        LOUIS L. STANTON
                                        United States District Judge